February 27, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

CHARLES FREEMAN JR, Appellant

NO. 14-13-00939-CV                    V.

KENT DICKERSON, ROBERT H. KANE, JR., RONALD H. SHAMBLIN,
D.D.S., AND JOHNNY MASON, D.D.S., Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 9, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Charles Freeman Jr.

We further order this decision certified below for observance.